## AFFIDAVIT OF PROCESS SERVER

United States District Court for the District of Columbia

**Ronald L. Sheridan, Jr.**

    Plaintiff(s),

VS.

**U.S. Office of Personnel Management**

    Defendant(s).

Attorney: Ronald Sheridan

Ronald Sheridan
345 N. Springdale Road
Westminster MD 21158-4043

*202332*

**Case Number: 16-cv-805-KBJ**

Legal documents received by Same Day Process Service, Inc. on **05/04/2016** at **10:20 AM** to be served upon **U.S. Office of Personnel Management at 1900 E Street, NW, Washington, DC 20415-1000**

I, **Robert Briggs-Snodgrass**, swear and affirm that on **May 05, 2016** at **2:09 PM**, I did the following:

Served **U.S. Office of Personnel Management** by delivering a conformed copy of the **Summons in a Civil Action; Notice of Right to Consent to Trial Before a United States Magistrate Judge; Notice, Consent, and Reference of a Civil Action to a Magistrate Judge; Complaint; Initial Electronic Case Filing Order; ECF Attorney/Participant Registration Form** to **Ronald Forrest** as Legal Assistant & Authorized Agent of **U.S. Office of Personnel Management** at **1900 E Street, NW , Washington, DC 20415-1000**.

**Description of Person Accepting Service:**
Sex: Male Age: 35 Height: 5ft9in-6ft0in Weight: 161-200 lbs Skin Color: Brown Hair Color: Black

**Supplemental Data Appropriate to this Service:**

I declare under penalty of perjury that the foregoing information contained in this affidavit is true and correct and that I am a professional process server over the age of 18 and have no interest in the above legal matter.

**Robert Briggs-Snodgrass**
Process Server

**Same Day Process Service, Inc.**
1413 K St., NW, 7th Floor
Washington DC 20005

(202)-398-4200

Internal Job ID: **202332**

District of Columbia: SS
Subscribed and Sworn to before me
this 6 day of May, 2.16

Michael Molash, Notary Public, D.C.
My commission expires July 14, 2017

**RECEIVED**
MAY 10 2016
Clerk, U.S. District and
Bankruptcy Courts

# AFFIDAVIT OF PROCESS SERVER

### United States District Court for the District of Columbia

**Ronald L. Sheridan, Jr.**

      Plaintiff(s),

vs.

**U.S. Office of Personnel Management**

      Defendant(s).

Attorney: Ronald Sheridan

Ronald Sheridan
345 N. Springdale Road
Westminster MD 21158-4043



*202333*

**Case Number: 16-cv-805-KBJ**

Legal documents received by Same Day Process Service, Inc. on **05/04/2016** at **10:26 AM** to be served upon **U.S. Attorney General at 950 Pennsylvania Avenue NW, Washington, DC 20530**

I, **Robert Briggs-Snodgrass**, swear and affirm that on **May 05, 2016** at **11:13 AM**, I did the following:

Served **U.S. Attorney General** by delivering a conformed copy of the **Summons in a Civil Action; Notice of Right to Consent to Trial Before a United States Magistrate Judge; Notice, Consent, and Reference of a Civil Action to a Magistrate Judge; Complaint; Initial Electronic Case Filing Order; ECF Attorney/Participant Registration Form** to **Desiree Brown** as **Mail Clerk & Authorized Agent** of U.S. Attorney General at **950 Pennsylvania Avenue NW , Washington, DC 20530**.

**Description of Person Accepting Service:**
Sex: Female Age: 30 Height: 5ft4in-5ft8in Weight: 131-160 lbs Skin Color: Brown Hair Color: Black

**Supplemental Data Appropriate to this Service:**

I declare under penalty of perjury that the foregoing information contained in this affidavit is true and correct and that I am a professional process server over the age of 18 and have no interest in the above legal matter.

*/s/ Robert R/S/*

**Robert Briggs-Snodgrass**
Process Server

**Same Day Process Service, Inc.**
**1413 K St., NW, 7th Floor**
**Washington DC 20005**

(202)-398-4200

Internal Job ID: **202333**

District of Columbia: SS
Subscribed and Sworn to before me
this __6__ day of __May__, 2-16

Michael Molash, Notary Public, D.C.
My commission expires July 14, 2017

**RECEIVED**
MAY 1 0 2016
Clerk, U.S. District and
Bankruptcy Courts



# AFFIDAVIT OF PROCESS SERVER

### United States District Court for the District of Columbia

**Ronald L. Sheridan, Jr.**

    Plaintiff(s),

VS.

**U.S. Office of Personnel Management**

    Defendant(s).

Attorney: Ronald Sheridan

Ronald Sheridan
345 N. Springdale Road
Westminster MD 21158-4043



*202334*

**Case Number: 16-cv-805-KBJ**

Legal documents received by Same Day Process Service, Inc. on **05/04/2016** at **10:30 AM** to be served upon **U.S. Attorney General for the District of Columbia at 501 3rd St., NW, Washington, DC 20530**

I, **Robert Briggs-Snodgrass**, swear and affirm that on **May 05, 2016** at **11:32 AM**, I did the following:

Served **U.S. Attorney General for the District of Columbia** by delivering a conformed copy of the **Summons in a Civil Action; Notice of Right to Consent to Trial Before a United States Magistrate Judge; Notice, Consent, and Reference of a Civil Action to a Magistrate Judge; Complaint; Initial Electronic Case Filing Order; ECF Attorney/Participant Registration Form** to **Tammy Cureton** as **Paralegal & Authorized Agent** of **U.S. Attorney General for the District of Columbia** at **501 3rd St., NW , Washington, DC 20530**.

**Description of Person Accepting Service:**
Sex: Female Age: 40 Height: 5ft4in-5ft8in Weight: 100-130 lbs Skin Color: Brown Hair Color: Black

**Supplemental Data Appropriate to this Service:**

I declare under penalty of perjury that the foregoing information contained in this affidavit is true and correct and that I am a professional process server over the age of 18 and have no interest in the above legal matter.

*Robert B-N* (signature)

**Robert Briggs-Snodgrass**
Process Server

**Same Day Process Service, Inc.**
1413 K St., NW, 7th Floor
Washington DC 20005

(202)-398-4200

Internal Job ID: 202334

District of Columbia: SS
Subscribed and Sworn to before me
this ___6___ day of ___May, 2.3___

Michael Molash, Notary Public, D.C.
My commission expires July 14, 2017

RECEIVED
MAY 10 2016
Clerk, U.S. District and
Bankruptcy Courts

