## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **RONALD L. SHERIDAN, JR.** )<br>)<br>**Plaintiff,** )<br>**v.** )<br>)<br>**U.S. OFFICE OF PERSONNEL MANAGEMENT,** )<br>)<br>**Defendant.** )<br>) | **Case No: 16-805 (KBJ)** |

## NOTICE OF APPEARANCE

The Clerk of the Court will please enter the appearance of Jeremy S. Simon, Assistant U.S. Attorney, as counsel of record for the defendant in the above-captioned case.

Respectfully submitted,

/s/ Jeremy S. Simon
JEREMY S. SIMON, D.C. BAR #447956
Assistant United States Attorney
555 Fourth Street, N.W.
Washington, D.C.   20530
(202) 252-2528
jeremy.simon@usdoj.gov

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that, on June 2, 2016, I caused the foregoing Notice of Appearance to be served by depositing a copy in United States First-Class mail, postage prepaid, addressed to:

Ronald L. Sheridan, Jr.
345 North Springdale Road
Westminister, MD 21158-4043

/s/
Jeremy S. Simon
Assistant United States Attorney