UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

_____
                                            )
**RONALD L. SHERIDAN, JR.**                 )
                                            )
         **Plaintiff,**                     )
              v.                            )   **Case No: 16-805 (KBJ)**
                                            )
**U.S. OFFICE OF PERSONNEL MANAGEMENT,**    )
                                            )
         **Defendant.**                     )
_____ )

**JOINT STATUS REPORT AND PROPOSED SCHEDULE**

Pursuant to the Court's order dated June 10, 2016, Plaintiff, proceeding *pro se*, and the U.S. Office of Personnel Management ("OPM"), by and through undersigned counsel, report to the Court as follows.

1. The Complaint in this action was filed under the Freedom of Information Act ("FOIA"). Defendant answered the Complaint on June 6, 2016.

2. As set forth more fully in the Complaint, this lawsuit involves a FOIA request directed to OPM seeking "[c]omputer files containing the source code to the Office of Personnel Management's 'Electronic Questionnaires for Investigations Processing (e-QIP)' application and computer files or hardcopy records containing design and operations documentation for e-QIP." (Compl. ¶ 9)

3. OPM has searched for records responsive to this request and has preliminarily determined that all responsive documents are exempt under FOIA. OPM, however, requires additional time to complete its review and processing of records before making a final determination as to whether the responsive records contain any non-exempt information subject to

FOIA that may be released in response to the request. OPM anticipates that it will be in a position to make such a determination by the end of July 2016.

4. Accordingly, the parties propose the following schedule for the briefing of dispositive motions:

| | |
|---|---|
| Defendant's motion for summary judgment: | August 24, 2016 |
| Plaintiff's opposition and any cross-motion: | September 30, 2016 |
| Defendant's reply and opposition to any cross-motion: | October 28, 2016 |
| Plaintiff's reply in support of any cross-motion: | November 28, 2016 |

Respectfully submitted,

CHANNING D. PHILLIPS, D.C. BAR # 415793
United States Attorney

DANIEL F. VAN HORN, D.C. BAR # 924092
Civil Chief

By: _____/s/_____
JEREMY S. SIMON, D.C. BAR #447956
Assistant United States Attorney
Civil Division
555 4th Street, N.W.
Washington, D.C. 20530
(202) 252-2528
Jeremy.Simon@usdoj.gov

Counsel for Defendant

AND

_____/s/_____
RONALD L. SHERIDAN, JR., Pro Se
345 North Springdale Road
Westminster, MD 21158-4043

(410) 984-3873

Plaintiff

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on this 24th day of June, 2016, I caused the foregoing to be served by depositing it in first-class mail, postage pre-paid, and addressed as follows:

>RONALD L. SHERIDAN, JR.
>345 North Springdale Road
>Westminster, MD 21158-4043

>/s/ *Jeremy S. Simon*
>JEREMY S. SIMON
>Assistant United States Attorney
>Judiciary Center Building
>555 Fourth Street, N.W.
>Washington, D.C.   20530
>(202) 252-2528