UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

_____
                                            )
**RONALD L. SHERIDAN, JR.**                 )
                                            )
       **Plaintiff,**       )
       v.                    )   **Case No: 16-805 (KBJ)**
                                            )
**U.S. OFFICE OF PERSONNEL MANAGEMENT,**    )
                                            )
       **Defendant.**        )
_____ )

## CONSENT MOTION FOR EXTENSION OF TIME TO FILE MOTION FOR SUMMARY JUDGMENT AND TO ADJUST CORRESPONDING DEADLINES

Defendant, by and through undersigned counsel, moves pursuant to Federal Rule of Civil Procedure 6(b)(1) for an enlargement of time of 12 days, to, and including, September 13, 2016, to file its motion for summary judgment in this Freedom of Information Act ("FOIA") action, and also requests an adjustment of the remaining deadlines in the briefing schedule as set forth below. As grounds for this motion, Defendant states as follows.

1.     The FOIA request at issue seeks source code for the Office of Personnel Management's electronic questionnaire for investigations processing ("e-Qip"), as well as certain design and operations documentation for e-Qip.  (Compl. ¶ 9)

2.     Pursuant to the Court's order dated June 28, 2016, the following schedule applies to the filing of dispositive motions:

    Defendant's Motion for Summary Judgment:    September 1, 2016

    Plaintiff's Opposition to Defendant's Motion
    and any Cross-Motion for Summary Judgment:    October 7, 2016

Defendant's Reply in Support of Its Motion
and Opposition to any Cross-Motion:                     November 4, 2016

Plaintiff's Reply in Support of any Cross-Motion:       December 5, 2016

3. Undersigned counsel requires additional time to prepare Defendant's motion for summary judgment as a result of commitments in other matters, including a summary judgment reply deadline of August 31, 2016 in *Aragon v. Kerry*, 16-129 (BAH), and deadlines in the Court of Appeals, including a deadline of September 2, 2016 to file a reply in support of a motion for summary affirmance and a deadline of September 8, 2016 to file an Appellee Brief.   In addition, certain aspects of the supporting declaration for Defendant's summary judgment motion require further follow up and consideration.   Accordingly, additional time is needed for the preparation of that declaration before the motion can be filed and, therefore, Defendant is requesting an extension of approximately 12 days to September 13, 2016.

4. Defendant further requests a corresponding adjustment to the other deadlines in the schedule as follows:

Plaintiff's Opposition to Defendant's Motion
and any Cross-Motion for Summary Judgment:              October 19, 2016

Defendant's Reply in Support of Its Motion
and Opposition to any Cross-Motion:                     November 9, 2016

Plaintiff's Reply in Support of any Cross-Motion:       December 9, 2016

5. This is the first request for extension made by Defendant with respect to its deadline to file for summary judgment.   There are no other court deadlines that will be impacted by the requested extension.

6. Pursuant to Rule 7(m) of the Rules of the United States District Court for the

District of Columbia, the undersigned counsel has conferred with Plaintiff, who is proceeding *pro se*, regarding the requested extension and Plaintiff has stated that Plaintiff concurs with the schedule proposed in this motion.

    7.    A proposed order is attached.

Respectfully submitted,

CHANNING D. PHILLIPS
D.C. BAR # 415793
United States Attorney

DANIEL F. VAN HORN
D.C. BAR # 924092
Civil Chief

By: _____/s/_____
JEREMY S. SIMON, D.C. BAR #447956
Assistant United States Attorney
555 4th Street, N.W.
Washington, D.C. 20530
(202) 252-2528
Jeremy.simon@usdoj.gov

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on this 29th day of August, 2016, I caused the foregoing to be served by depositing it in first-class mail, postage pre-paid, and addressed as follows:

>RONALD L. SHERIDAN, JR.
>345 North Springdale Road
>Westminster, MD 21158-4043

>  /s/ *Jeremy S. Simon*
> JEREMY S. SIMON
> Assistant United States Attorney
> Judiciary Center Building
> 555 Fourth Street, N.W.
> Washington, D.C.   20530
> (202) 252-2528