# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| RONALD L. SHERIDAN, JR.　　　　　) | |
| 　　　　　　　　　　　　　　　　　) | |
| 　　　　　　　Plaintiff,　　　　　　) | |
| 　　　　　　　　　　　　　　　　　) | |
| 　　　　v.　　　　　　　　　　　　) | Case No. 16-cv-00805 (KBJ) |
| 　　　　　　　　　　　　　　　　　) | |
| U.S. OFFICE OF PERSONNEL　　　　) | |
| MANAGEMENT,　　　　　　　　　　) | |
| 　　　　　　　　　　　　　　　　　) | |
| 　　　　　　　Defendant.　　　　　　) | |
| 　　　　　　　　　　　　　　　　　) | |

## DECLARATION OF LAWRENCE W. ANDERSON

(1) I am currently the Associate Chief Information Officer of Federal Business Solutions within the Office of the Chief Information Officer (CIO) in the U.S. Office of Personnel Management (OPM).   I have held this position since January 11, 2016.  Prior to joining OPM, I was employed at the Department of Justice as the Chief Technology Officer for the Office of Community Oriented Policing Services.

(2) In my current capacity as Associate Chief Information Officer for Federal Business Solutions, I am responsible for providing OPM business applications to various OPM program offices, which in turn, support the entire Federal Government.  The Federal Investigative Services (FIS) IT Business Solutions Program Management Office (ITPMO) is one of the offices that my team supports.  Among other things, the FIS ITPMO manages the development, implementation, operation, and maintenance of the Electronic Questionnaires for Investigations Processing (e-QIP) software application. These activities are carried out through the work of OPM personnel, U.S. Department of Energy (DOE) personnel, and a DOE's contractor, through an interagency agreement between OPM and DOE.

(3) I make this declaration on the basis of personal knowledge and on information I have received in the performance of my official duties.  If called upon to do so, I could testify competently as to the contents of this declaration.

(4) In accordance with *Vaughn v. Rosen*, 484 F.2d 820 (D.C. Cir. 1973), this declaration, which is being submitted in support of defendant OPM's motion for summary judgment, will provide the Court and plaintiff with an explanation for the procedures used in searching, reviewing and withholding e-QIP records responsive to Plaintiff's Freedom of Information Act (FOIA) request.

## PLAINTIFF'S FOIA REQUEST

(5)  By email dated April 15, 2015, Plaintiff submitted a FOIA request to OPM for "[c]omputer files containing the source code to the Office of Personnel Management's 'Electronic Questionnaires for Investigations Processing (e-QIP)' application and computer files or hardcopy records containing design and operations documents for e-QIP." (*See* Ex. 1.)

(6)  OPM's FOIA tracking system sent out on automatic reply in response to Plaintiff's FOIA request e-mail on the same date, April 15, 2015. (*See* Ex. 2.)

(7)  On April 17, 2015, OPM emailed Plaintiff an acknowledgement letter regarding his April 15th request. (*See* Ex. 3.)

(8)  By email dated June 26, 2015, Plaintiff requested a status update of his FOIA request, to which OPM's FOIA tracking system replied automatically. (*See* Ex. 4.)

(9)  By e-mail dated December 8, 2015, Plaintiff requested a status update on his request, to which he again received an automatic reply from OPM's FOIA tracking system. (*See* Ex. 5.)

(10)   In an email dated December 24, 2015, OPM's FOIA office also sent Plaintiff a follow up email about his request. (*See* Ex. 6.)

(11)   Plaintiff appealed his April 15, 2015 request to OPM's Office of the General Counsel in a  letter dated February 1, 2016. (*See* Ex. 7.)

## SEARCH FOR RECORDS RESPONSIVE TO PLAINTIFF'S REQUEST

(12)   As described in further detail in paragraph (18) below, all e-QIP source code is maintained in a central repository, which is hosted on a server located in an access-controlled data center at the Y-12 National Security complex in Oakridge, Tennessee.  In addition, copies of the source code are delivered approximately every quarter via encrypted CDs to OPM-CIO staff for deployment in OPM's Network Management Infrastructure.  Access to the source code is strictly limited within OPM.  For purposes of this declaration, the source code was accessed and viewed after contacting OPM-CIO's production support staff who utilize special credentials and sign-in procedures.

(13)   As described in further detail in paragraph (19) below, the design and operations manuals were put together by Y-12, the DOE contractor that developed the e-QIP system, for OPM's internal use.  These manuals are provided by Y-12 contractor staff to OPM-FIS staff OPM-CIO staff responsible for supporting the system.  For purposes of this declaration, OPM-FIS and OPM-CIO staff were contacted and asked to provide all design and operations

documentation, as requested by Plaintiff. These two manuals constitute all responsive records to Plaintiff's request for e-QIP design and operations manuals[1].

## DESCRIPTION OF RECORDS RESPONSIVE TO PLAINTIFF'S REQUEST

(14)    The Office of Personnel Management, Federal Investigative Services (OPM-FIS) provides investigative products and services for over 100 Federal agencies to use as the basis for security, suitability, fitness, and credentialing purposes, as required by statutory provisions, Executive Orders, and other rules and regulations. OPM provides over 90% of the Government's background investigations for each of these purposes, conducting over two million investigations a year. In support of this mission, OPM utilizes the e-QIP system. This system provides secure, web-based access for applicants to enter, update, and transmit electronic versions of Standard Form-86, Questionnaire for National Security Positions (SF-86); Standard Form-85P, Questionnaire for Public Trust Positions (SF-85P); and Standard Form-85, Questionnaire for Non-Sensitive Positions (SF-85). OPM and agencies requesting background investigations also access applicant data filled out on these completed forms from the e-QIP system.

(15)    The SF-86, SF-85P and SF-85 are extensive, multi-page forms, which, among other things, asks for information from individuals regarding citizenship, birth information, residence, and contact information about themselves and close family members, as well as education, employment, financial, criminal history, health, and information about foreign contacts for the purpose of assisting with the activities described above. As stated above, e-QIP provides a web-based interface for an electronic version of each of these forms and OPM utilizes the e-QIP system as an interface for background investigations submissions. The e-QIP system is accessed via a secure website by individuals and is also designed to house the completed background investigations forms. While the blank SF-86, SF-85P, and SF-85 forms are available at OPM's web site and are otherwise publicly available, individuals can only access the e-QIP system to enter information on these forms if they have been invited to do so by an appropriate official at a sponsoring agency. Individuals cannot pre-apply for a security and suitability clearances or credentials, nor enter information on their questionnaires unless granted access by an appropriate agency official. Completed investigations forms are considered highly personal and sensitive information and are not routinely made publicly available.

(16)    The e-QIP system was developed in March 2000 through an interagency acquisition agreement between OPM and DOE (through its contractor- BWXT Y-12, L.L.C. (Y-12)). The objective of the acquisition was the development for OPM of a secure web-based system that would allow individuals to complete the appropriate investigative form and transmit the data through the requesting Government agency to OPM's central computer system. DOE, through its contractor, continues to develop e-QIP, provide enhancements, system security requirements, and other services to OPM such as specialized research and technical assistance support. Thus, as Government agencies are added onto the system or

---

[1] Plaintiff's request for "design and operations documentation" was interpreted to apply to manuals so named and described in further detail in paragraphs (19)A and (19)B. Plaintiff's request was not interpreted to include "agency user manuals" which are distributed to agencies to assist them with using the e-QIP system within their agency.

the form or requirements change over time, the necessary enhancements, interfaces, and functionalities may be developed and implemented.

(17)   The e-QIP system is designated by OPM as "For Official Use Only." This categorization is used by the agency to identify unclassified information of a sensitive nature, the unauthorized disclosure of which could adversely impact a person's privacy or welfare, the conduct of Federal programs, or other programs or operations essential to the national interest. This designation, among other things, indicates that the e-QIP system source code may not be released or used without OPM's approval. OPM has never released any portion of the source code, design or operations documents to the public.

(18)   E-QIP System/Source Code: the e-QIP system is composed of 10 web applications that run on a cluster of applications servers. There are about 3,241 source code files that make up the system, totaling approximately 519,746 lines of code. The applications are coded in various software languages and set in libraries that comprise the essential functionality of the system.   All e-QIP source code is maintained in a central subversion (revision control) repository.  Subversion tracks all revisions (changes) to the source code along with which user made the change. The server hosting this repository is located in an access-controlled data center at the Y-12 National Security complex and is on a network with access restricted to the e-QIP development team's computers.  In addition, copies of the source code are delivered to OPM-CIO staff approximately every quarter via encrypted CDs, for deployment on OPM's Network Management Infrastructure servers.

(19)   Design and Operations Documentation:

A. The *U.S. Office of Personnel Management Software Design Description for Electronic Questionnaires for Investigations Processing*, Version 3.10, is a 79-page design manual, dated November 2014, put together by DOE contractor Y-12 for OPM use, describes the software components that comprise the e-QIP system and the computer software configuration item (CSCI) for e-QIP. It describes the CSCI-wide design decisions, the CSCI architectural design, and a high-level design to implement the software. It specifically provides OPM with visibility into the design and detailed information that is needed for software support.

B. The *U.S. Office of Personnel Management Operations Manual for Electronic Questionnaires for Investigations Processing*, Version 3.19 is a 109-page operations manual, dated August 2015 was put together by DOE contractor Y-12 for OPM use, and contains detailed information on the e-QIP system. The information contained in the manual includes software, operational, information, and systems inventories; site profiles; system administration information- which includes permissions, roles and responsibilities, back up information, maintenance, network, and security procedures; hardware and software configurations; troubleshooting; database and application maintenance; as well as  the control requirements and operating procedures necessary to successfully initiate and run a distributed (client/server) system. The document also contains a number of figures (4) and tables (5) related to database flow, functional flow, configurations, and architecture of the system. Finally, the manual also includes

4

8 appendices that address system, database, security, configuration, virus scan, and error/warnings details.

## THE REQUESTED RECORDS RELATE SOLELY TO
## INTERNAL PERSONNEL RULES AND PRACTICES

(20)   Exemption 2, 5 U.S.C. 552(b)(2), authorizes withholding of agency records that are "related solely to the internal personnel rules and practices of an agency." The e-QIP source code as well as the associated design and operations documents were developed exclusively for OPM's internal use, to assist the agency with the implementation, collection and utilization of information obtained through the electronic versions of the SF-86, SF-85P, and SF-85 forms.

(21)   OPM functions as the human resources service provider for Federal agencies in the executive branch. In this role, among other things, OPM manages job announcement postings, sets policy on Government-wide hiring procedures, manages pension benefits for Federal employees and their families, administer health and other insurance programs for Federal employees and retirees, and providing training and development programs and other management tools for Federal agencies. In addition, and most relevant to this declaration, OPM has the authority to conduct background investigations of individuals applying for or appointed to certain Federal positions. As mentioned earlier, OPM performs about 2 million investigations each year for over 100 Federal agencies. This accounts for over 90% of the Government's total number of investigations per year.

(22)   In support of this responsibility, OPM uses the e-QIP system to enable an efficient and secure electronic collection of information from potential employees and contractors who require security and suitability clearances or credentials, which necessitates filling out and submitting one of these standard forms. Although each of the blank investigative forms is publicly available on OPM's web site, access to the e-QIP system is restricted. An applicant or employee must be invited to complete one of the forms via the e-QIP system and provided with special access. After a form is accessed and completed by an applicant, it is transmitted to OPM, again through e-QIP for use in an investigation. After the investigation is completed, the completed form is submitted to a requesting agency for adjudication of the investigation. These investigations and resulting adjudications are conducted for the purposes of determining whether an individual may be granted a security/suitability clearance or a credential, enabling him/her to be employed by the Federal Government in a sensitive or public trust position, provided with access to classified information, or granted physical or logical access to Government property or systems.

(23)   In each stage of use described above, access to the e-QIP system via web interface is provided to users, investigators, and agencies; however, access to the source code and related design and operations documents are not routinely provided to individuals or agencies outside of OPM. They were designed strictly for internal OPM use and have remained internal throughout the lifespan of the e-QIP system, except under extremely limited circumstances. Those limited circumstances include DOE/Y-12's continued work

on enhancements and updates to the systems, and for internal human resources purposes which parallel OPM's own use.

(24)     In addition, the e-QIP system, comprised of source code for 10 separate applications, and attendant design and operations manuals are related solely to these internal personnel rules and practices. The system and related documentation enable OPM staff to implement and administer an efficient and secure electronic system for collecting, utilizing, and transmitting information relevant to the selection, placement, and hiring employees and contractors into the most sensitive positions within the Federal Government. These documents have no further utility beyond the technical implementation of the e-QIP system.

(25)     Because OPM makes the blank investigative forms publicly available, the public is able to view and understand the types of information requested of individuals who apply for positions requiring security/suitability clearances or access credentials. In contrast, as set forth in the discussion of FOIA Exemption 7(E) below, public release of the e-QIP source code and design and operations documents could reasonably be expected to risk circumvention of law because it would provide a recipient a blueprint of the system. And, as set forth in paragraphs (33) through (35) below, I have determined that there is no non-exempt, segregable information that could be released that does not implicate Exemption 7(E). However, to the extent any segregable information were to exist that did not implicate Exemption 7(E), that information would be of value, if at all, only internally within OPM and would be of no value to the public. On the basis of the above, I have determined that the records requested by Plaintiff are covered by FOIA Exemption 2 and are exempt from release.

### RELEASE OF TECHNIQUES AND PROCEDURES THAT COULD REASONABLY BE EXPECTED TO RISK CIRCUMVENTION OF LAW

(26)     Exemption 7(E), 5 U.S.C. § 552(b)(7)(E), authorizes withholding of records or information compiled for law enforcement purposes to the extent that such information "would disclose techniques and procedures for law enforcement investigations or prosecutions, or would disclose guidelines for law enforcement investigations or prosecutions if such disclosure could reasonably be expected to risk circumvention of the law." In response to Plaintiff's April 15, 2015 FOIA request, I have determined that all of the requested information must be withheld based on Exemption 7(E) because the information consists of information that would disclose techniques, procedures, or guidelines for law enforcement investigations, the disclosure of which could reasonably be expected to risk circumvention of the law.

(27)     To justify withholding of material under any of the exemptions established under subsection (b)(7) of the FOIA, an agency must show that the information was compiled for law enforcement purposes. OPM's background investigations serve a law enforcement purpose, namely, to ensure that applicants and other persons subject to investigation, such as military personnel, contractors, and employees requiring security clearances have not broken the law or engaged in other conduct making them ineligible

for a clearance; and to determine whether there are any law enforcement or security issues that could adversely affect the national security of the United States.  As recognized in *Mittleman v. OPM*, "OPM is authorized to perform personnel background investigations," "to ensure that a prospective employee has not broken the law or engaged in other conduct making her ineligible for the position," and "'to determine whether there are any law enforcement or security issues in [her] past that could affect [her] ability . . . to carry out' the position."  76 F.3d 1240, 1243 (D.C. Cir. 1996) (internal citations omitted).

(28)     The e-QIP system serves as a direct access point as well as repository for a vast and rich volume of information that is highly sensitive to the law enforcement purposes served by OPM's background investigations responsibilities.  OPM including the background investigations systems are the target of continuous unauthorized access attempts throughout the year.  Last year OPM announced that background investigation records, similar to the information contained in the e-QIP system, had been stolen in a cyber-intrusion.  Shortly after the cybersecurity incidents discovered in 2015, OPM discovered vulnerabilities in the e-QIP system that resulted in the agency disabling access to the entire system for a number of weeks.  Although Plaintiff's request does not cover the individual records in the e-QIP system, because the system is both an interface for entering individuals' records and a data repository for the records, divulging the requested information renders the data housed in the system vulnerable as well.

(29)     The source code and related operations and design manuals created for the system serves as an architectural diagram or roadmap of e-QIP.  Reviewed by someone with the appropriate expertise, the source code used in conjunction with the manuals could enable a malicious actor or wrongdoer to identify exploitable configurations within the software, map how data is handled by the system, and define how and where to 'attack the code' in ways that will facilitate an improved potential for penetration and the performance of malicious activities with a reduced risk of detection.  Similar to making the blueprints of a security system public, releasing the source code and the design and operations manuals may not directly tell anyone how to break into our systems, but we will clearly be giving out the information that will form the beginning or basis of what could be a successful effort to breach OPM's cybersecurity protections.

(30)     The e-QIP system is periodically updated with software security and design enhancements, and releasing the source code for systems that leverage the most up-to-date security sensitive features increases the risk of malicious activities for those systems; releasing source code for older software is far worse.  The shared nature of and risks associated with software that spans across the entire Government.  While a good deal of effort and investment has been made to isolate the systems and data interchange points between the organizations served by e-QIP, releasing the source code will at the very least identify the 'locked doors' that have been designed into the software (telling a malicious actor where and how to attempt to breach a system).  For example, if someone has the e-QIP source code and intended to circumvent the law, that individual can determine what the system looks like to customer organization.  In this case the individual would have no need to breach e-QIP, they could work to 'make themselves look like e-QIP' for the purposes of attacking a customer organization system.

(31)   Applicants are required to provide via e-QIP certain information about themselves relevant to the ultimate adjudication of their employment, clearance or access. An individual seeking to circumvent the background investigation process could use the source code to find out how the data is analyzed, what types of information triggers further investigation, which data fields are compared to search for inconsistencies, and leverage knowledge of the methods the data is analyzed to circumvent the law.

(32)   The source code and design documents could allow an individual, foreign intelligence organization, or terrorist organization seeking to circumvent an investigation or penetrate the Government's web-based system used for background investigation. The source code and design documents would give the individual insight as to the levels and type of security the Government uses, when the system undergoes updates, enhancements, or backups. Specifically, the individual could identify when it might be most vulnerable or ways to hack into the system based on its code and design structure.

(33)   Providing any of the information requested would allow an individual to have a blueprint of the software OPM and many other Federal agencies connect to and share sensitive information regarding background investigations. The e-QIP system was developed to meet the specific needs of OPM when conducting investigations, applicants when they are submitting information relevant to their background checks, and agencies that share background information with OPM. Access to all of part of the e-QIP source code and design documents would provide an individual the roadmap to manipulate this intricate computer software when conducting personnel investigations for new and current employees.

(34)   In reviewing the materials responsive to Plaintiff's FOIA request, I have determined that there are no segregable portions that would be nonexempt under FOIA. With respect to the source code, every portion of potentially nonexempt information is inextricably intertwined with exempt information, rendering review and release of only nonexempt portions very difficult, if not impossible to accomplish. Even if it were possible to release certain nonexempt portions of the code, the results would likely be so disjointed and meaningless as to contain no usable or information content.

(35)   With respect to the design and operations manuals Plaintiff has requested, I have also determined that there are no segregable portions that would be nonexempt under FOIA. Because of the extreme sensitivity of the e-QIP system as well as the highly personal and law enforcement related information it collects and maintains belonging to millions of users occupying the most sensitive positions in the Federal Government, any portion of the detailed information contained in the design and operations manuals could potentially and foreseeably be used to discover, map and target vulnerabilities in the system based on knowledge detailed knowledge of applications, servers, architecture, and controls. This system remains a prime target for cybersecurity attacks and any information that would provide wrongdoers with insight or access into the system must be withheld in full. Even if portions of the manuals could be meaningfully segregated without implicating Exemption 7(E), which as stated above is not reasonably possible, any such information

still would remain subject to Exemption 2 and thus is not segregable for that additional reason.

## **CONCLUSION**

(36)   Based on the foregoing, I have determined that release of the e-QIP source code and design and operations documents requested by Plaintiff in his April 15, 2015 FOIA request would increase the risks to our systems, our secure data, and the agencies we serve and are properly withheld in full.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct.

Executed this 13th day of SEPTEMBER, 2016

Lawrence W. Anderson
Associate Chief Information Officer
Federal IT Business Solutions
Office of the Chief Information Officer

Exhibit 1

**Subject:** Freedom of Information Act Request
**From:** Lee Sheridan <lsherida@leebert.org>
**Date:** 2015-04-15 21:18
**To:** foia@opm.gov

Dear Office of Personnel Management FOIA Requestor Service Center,

Pursuant to the Freedom of Information Act (5 USC § 552), I hereby request the following records: Computer files containing the source code to the Office of Personnel Management's "Electronic Questionnaires for Investigations Processing (e-QIP)" application and computer files or hardcopy records containing design and operations documentation for e-QIP.

The source code request includes all computer files or similar records which contain code necessary to operate e-QIP, including files containing source code developed by or on behalf of the federal government.  I would prefer a complete copy of any source code repository containing all versions of the software which has been developed, however if such a repository is not available, please provide a copy of the source code that was in production use on April 15, 2015.

To elaborate on the associated documentation request: I am requesting technical specification documentation similar to those commonly known as "Software Design Documnents", which describe data structures, system architecture, integration documenation, and interface descriptions.  I am also requesting any operational documenation which provides procedures for installation, configuration, and maintenance of the software.

I would like to receive these records in electronic format.

If any portion of a requested record is exempt, to the extent it can be reasonably segregated, please provide the non-exempt portion of the record, and specify the exemptions claimed for each portion that was witheld.

I believe that my request would qualify for a waiver of the applicable fees.  However, in order to minimize the processing effort of this request, and while reserving my right to request the waiver in the event the cost become prohibitive, I agree to pay a reasonable processing fee of up to US$250 for this request.  If the cost should exceed that amount, please contact me.

I can be reached at this e-mail address <lsherida@leebert.org>, via telephone at +1-410-984-3873, or via postal mail at the following address:

345 N Springale Rd
Westminster MD 21158-4043

I appreciate your kind assistance (particularly as a person who has done my own fair share of data searches for the FOIA folks in my agency!), and look forward to your response.

Take care,

Freedom of Information Act Request

```
--
Lee Sheridan
lsherida@leebert.org
```

Exhibit 2

Freedom of Information Act Request

**Subject:** Freedom of Information Act Request
**From:** "Internet, FOIA" <FOIA.Internet@opm.gov>
**Date:** 2015-04-15 21:18
**To:** Lee Sheridan <lsherida@leebert.org>

Your request has been received by the U.S. Office of Personnel Management (OPM) Freedom of Information Act (FOIA) Requester Service Center in Washington, DC. Your request will be forwarded to the appropriate OPM office for response as quickly as possible. If you have not visited the OPM – FOIA web page, we strongly encourage you to do so at http://www.opm.gov/efoia/ and review important information about the rules OPM follows in handling requests for records, such as: how to make a FOIA request; what fees may be charged; what records are available for public inspection; why some records are not released; and your right to appeal and then go to court if we refuse to release records.

Personnel and Medical Records for Current Federal Employees

The Official Personnel Folders (OPFs), including SF 50s, for current Federal employees are stored at the employee's current employing agency. Therefore, for copies of your personnel records, if you are currently employed by the Federal government, please contact your agency's Freedom of Information/Privacy office.

Personnel and Medical Records for Former Federal Employees

The Official Personnel Folders (OPFs), including SF 50s, for most former civilian Federal employees are stored at the address below. Please mail or fax a signed and dated written request with your social security number, date of birth, the name of the last agency of employment, and the last date of employment to:

National Personnel Records Center (NPRC)
1411 Boulder Boulevard
Valmeyer, IL 62295

Fax #: 618-935-3014.  More information is available on their website at: http://www.archives.gov/ .


Information About a Federal Background Investigation
If you need information about a federal background investigation, we encourage you to visit the OPM Federal Investigative Services FOIA and Privacy Act page at http://www.opm.gov/investigations/requesting-investigation-copies/ for more information.

Thank you for contacting OPM's FOIA Requester Service Center.

Exhibit 3

RE: Freedom of Information Act Request

**Subject:** RE: Freedom of Information Act Request
**From:** "Internet, FOIA" <FOIA.Internet@opm.gov>
**Date:** 2015-04-17 16:04
**To:** 'Lee Sheridan' <lsherida@leebert.org>

Good afternoon, Mr. Sheridan:

Attached is the acknowledgment letter for your April 15, 2015 FOIA request.

*Office of the Chief Information Officer*
*Freedom of Information Act*
   *Requester Service Center*
Telephone: (202) 606-3642
E-mail: FOIA@opm.gov

-----Original Message-----
From: Lee Sheridan [mailto:lsherida@leebert.org]
Sent: Wednesday, April 15, 2015 9:19 PM
To: Internet, FOIA
Subject: Freedom of Information Act Request

Dear Office of Personnel Management FOIA Requestor Service Center,

Pursuant to the Freedom of Information Act (5 USC § 552), I hereby request the following records: Computer files containing the source code to the Office of Personnel Management's "Electronic Questionnaires for Investigations Processing (e-QIP)" application and computer files or hardcopy records containing design and operations documentation for e-QIP.

The source code request includes all computer files or similar records which contain code necessary to operate e-QIP, including files containing source code developed by or on behalf of the federal government. I would prefer a complete copy of any source code repository containing all versions of the software which has been developed, however if such a repository is not available, please provide a copy of the source code that was in production use on April 15, 2015.

To elaborate on the associated documentation request: I am requesting technical specification documentation similar to those commonly known as "Software Design Documments", which describe data structures, system architecture, integration documenation, and interface descriptions. I am also requesting any operational documenion which provides procedures for installation, configuration, and maintenance of the software.

I would like to receive these records in electronic format.

If any portion of a requested record is exempt, to the extent it can be reasonably segregated, please provide the non-exempt portion of the record, and specify the exemptions claimed for each portion that was witheld.

I believe that my request would qualify for a waiver of the applicable fees. However, in order to minimize the processing effort of this request, and while reserving my right to request the waiver in the event the cost become prohibitive, I agree to pay a reasonable processing fee of up to US$250 for this request. If the cost

RE: Freedom of Information Act Request

should exceed that amount, please contact me.

I can be reached at this e-mail address <lsherida@leebert.org>, via telephone at +1-410-984-3873, or via postal mail at the following
address:

345 N Springale Rd
Westminster MD 21158-4043

I appreciate your kind assistance (particularly as a person who has done my own fair share of data searches for the FOIA folks in my agency!), and look forward to your response.

Take care,

--
Lee Sheridan
lsherida@leebert.org

--- Attachments: --------------------------------------------------------------

Lee Sheridan acknowldgmnt ltr, 4.17.2015.pdf                          127 KB



UNITED STATES OFFICE OF PERSONNEL MANAGEMENT
Washington, DC 20415

April 17, 2015

Mr. Lee Sheridan
345 N Springale Rd
Westminster, Maryland  21158-4043

Dear Mr. Sheridan:

The U.S. Office of Personnel Management (OPM) has received your request for information pursuant to the Freedom of Information Act (FOIA; 5 USC 552, as amended), dated April 15, 2015, and received in OPM, on April 16, 2015.

Specifically, you requested:

"...Computer files containing the source code to the Office of Personnel Management's "Electronic Questionnaires for Investigations Processing (e-QIP)" application and computer files or hardcopy records containing design and operations documentation for e-QIP.

"The source code request includes all computer files or similar records which contain code necessary to operate e-QIP, including files containing source code developed by or on behalf of the federal government.  I would prefer a complete copy of any source code repository containing all versions of the software which has been developed, however if such a repository is not available, please provide a copy of the source code that was in production use on April 15, 2015.

"To elaborate on the associated documentation request: I am requesting technical specification documentation similar to those commonly known as "Software Design [Documents]", which describe data structures, system architecture, integration [documentation], and interface descriptions.  I am also requesting any operational [documentation] which provides procedures for installation, configuration, and maintenance of the software."

The FOIA request number for this request is 2015-02551.  Please reference this number in any future communication with OPM about this request.

OPM processes FOIA requests on a "first-in, first-out" basis.  The actual processing time will vary depending upon the complexity of the request and whether or not it involves voluminous records or extensive searches or consultations.  OPM also processes FOIA requests on a multi-track basis.

Page 2
Mr. Lee Sheridan
April 17, 2015


This means that simple requests, requiring minimal effort to respond, are processed in one track; and complex requests involving voluminous records, extensive searches or consultations (requiring more than 20 workdays to respond) are processed in another track.  We have placed your request in the complex track.

If you have any questions regarding your request, you may contact the FOIA Service Center by email at foia@opm.gov or by calling (202) 606-3642.

Sincerely,

Kathy M. Hill

FOIA Coordinator

Exhibit 4

**Subject:** Re: Freedom of Information Act Request
**From:** Lee Sheridan <lsherida@leebert.org>
**Date:** 2015-06-26 13:24
**To:** "Internet, FOIA" <FOIA.Internet@opm.gov>

Good afternoon,

Could you please provide me with a status on this request and an
expected response date?  The response was received 10 weeks ago as of
today.  It was assigned the FOIA request number 2015-02551.

Thank you for your kind attention, and have a great weekend.


On Fri, Apr 17, 2015 at 04:04:54PM -0400, Internet, FOIA wrote:

> Good afternoon, Mr. Sheridan:


> Attached is the acknowledgment letter for your April 15, 2015 FOIA
> request.



> Office of the Chief Information Officer

> Freedom of Information Act

>    Requester Service Center

> Telephone:  (202) 606-3642

> E-mail:  FOIA@opm.gov


> -----Original Message-----
> From: Lee Sheridan [mailto:lsherida@leebert.org]
> Sent: Wednesday, April 15, 2015 9:19 PM
> To: Internet, FOIA
> Subject: Freedom of Information Act Request


> Dear Office of Personnel Management FOIA Requestor Service Center,


> Pursuant to the Freedom of Information Act (5 USC S: 552), I hereby
> request the following records: Computer files containing the source code
> to the Office of Personnel Management's "Electronic Questionnaires for
> Investigations Processing (e-QIP)" application and computer files or

Re: Freedom of Information Act Request

hardcopy records containing design and operations documentation for e-QIP.

The source code request includes all computer files or similar records which contain code necessary to operate e-QIP, including files containing source code developed by or on behalf of the federal government. I would prefer a complete copy of any source code repository containing all versions of the software which has been developed, however if such a repository is not available, please provide a copy of the source code that was in production use on April 15, 2015.

To elaborate on the associated documentation request: I am requesting technical specification documentation similar to those commonly known as "Software Design Documments", which describe data structures, system architecture, integration documenation, and interface descriptions. I am also requesting any operational documenent which provides procedures for installation, configuration, and maintenance of the software.

I would like to receive these records in electronic format.

If any portion of a requested record is exempt, to the extent it can be reasonably segregated, please provide the non-exempt portion of the record, and specify the exemptions claimed for each portion that was witheld.

I believe that my request would qualify for a waiver of the applicable fees. However, in order to minimize the processing effort of this request, and while reserving my right to request the waiver in the event the cost become prohibitive, I agree to pay a reasonable processing fee of up to US$250 for this request. If the cost should exceed that amount, please contact me.

I can be reached at this e-mail address <lsherida@leebert.org>, via telephone at +1-410-984-3873, or via postal mail at the following

address:

345 N Springale Rd

Westminster MD 21158-4043

I appreciate your kind assistance (particularly as a person who has done my own fair share of data searches for the FOIA folks in my agency!), and

Re: Freedom of Information Act Request

> look forward to your response.
>
> Take care,
>
> --
>
> Lee Sheridan
>
> lsherida@leebert.org

--
Lee Sheridan
lsherida@leebert.org

Freedom of Information Act Request

**Subject:** Freedom of Information Act Request
**From:** "Internet, FOIA" <FOIA.Internet@opm.gov>
**Date:** 2015-06-26 13:24
**To:** Lee Sheridan <lsherida@leebert.org>

Your request has been received by the U.S. Office of Personnel Management (OPM) Freedom of Information Act (FOIA) Requester Service Center in Washington, DC.  Your request will be forwarded to the appropriate OPM office for response as quickly as possible. If you have not visited the OPM – FOIA web page, we strongly encourage you to do so at http://www.opm.gov/efoia/ and review important information about the rules OPM follows in handling requests for records, such as: how to make a FOIA request; what fees may be charged; what records are available for public inspection; why some records are not released; and your right to appeal and then go to court if we refuse to release records.

Personnel and Medical Records for Current Federal Employees

The Official Personnel Folders (OPFs), including SF 50s, for current Federal employees are stored at the employee's current employing agency. Therefore, for copies of your personnel records, if you are currently employed by the Federal government, please contact your agency's Freedom of Information/Privacy office.

Personnel and Medical Records for Former Federal Employees

The Official Personnel Folders (OPFs), including SF 50s, for most former civilian Federal employees are stored at the address below. Please mail or fax a signed and dated written request with your social security number, date of birth, the name of the last agency of employment, and the last date of employment to:

National Personnel Records Center (NPRC)
1411 Boulder Boulevard
Valmeyer, IL 62295

Fax #: 618-935-3014.  More information is available on their website at: http://www.archives.gov/ .


Information About a Federal Background Investigation
If you need information about a federal background investigation, we encourage you to visit the OPM Federal Investigative Services FOIA and Privacy Act page at http://www.opm.gov/investigations/requesting-investigation-copies/ for more information.

Thank you for contacting OPM's FOIA Requester Service Center.

2016-02-01 11:40

Exhibit 5

**Subject:** Re: Freedom of Information Act Request
**From:** Lee Sheridan <lsherida@leebert.org>
**Date:** 2015-12-08 12:01
**To:** "Internet, FOIA" <FOIA.Internet@opm.gov>

Good afternoon.  I have received neither a response to the original FOIA
request nor a response to this status request.

Could you please inform me of the status of this request?  It is now
almost 8 months from the original request with no further communication
from OPM.

Thank you,

On Fri, Jun 26, 2015 at 01:24:20PM -0400, Lee Sheridan wrote:

Good afternoon,

Could you please provide me with a status on this request and an
expected response date?  The response was received 10 weeks ago as of
today.  It was assigned the FOIA request number 2015-02551.

Thank you for your kind attention, and have a great weekend.


On Fri, Apr 17, 2015 at 04:04:54PM -0400, Internet, FOIA wrote:

    Good afternoon, Mr. Sheridan:


    Attached is the acknowledgment letter for your April 15, 2015 FOIA
    request.



    Office of the Chief Information Officer

    Freedom of Information Act

        Requester Service Center

    Telephone:  (202) 606-3642

    E-mail:  FOIA@opm.gov



    -----Original Message-----
    From: Lee Sheridan [mailto:lsherida@leebert.org]
    Sent: Wednesday, April 15, 2015 9:19 PM
    To: Internet, FOIA
    Subject: Freedom of Information Act Request

Re: Freedom of Information Act Request

Dear Office of Personnel Management FOIA Requestor Service Center,

Pursuant to the Freedom of Information Act (5 USC S: 552), I hereby request the following records: Computer files containing the source code to the Office of Personnel Management's "Electronic Questionnaires for Investigations Processing (e-QIP)" application and computer files or hardcopy records containing design and operations documentation for e-QIP.

The source code request includes all computer files or similar records which contain code necessary to operate e-QIP, including files containing source code developed by or on behalf of the federal government. I would prefer a complete copy of any source code repository containing all versions of the software which has been developed, however if such a repository is not available, please provide a copy of the source code that was in production use on April 15, 2015.

To elaborate on the associated documentation request: I am requesting technical specification documentation similar to those commonly known as "Software Design Documents", which describe data structures, system architecture, integration documenation, and interface descriptions. I am also requesting any operational documenation which provides procedures for installation, configuration, and maintenance of the software.

I would like to receive these records in electronic format.

If any portion of a requested record is exempt, to the extent it can be reasonably segregated, please provide the non-exempt portion of the record, and specify the exemptions claimed for each portion that was witheld.

I believe that my request would qualify for a waiver of the applicable fees. However, in order to minimize the processing effort of this request, and while reserving my right to request the waiver in the event the cost become prohibitive, I agree to pay a reasonable processing fee of up to US$250 for this request. If the cost should exceed that amount, please contact me.

I can be reached at this e-mail address <lsherida@leebert.org>, via telephone at +1-410-984-3873, or via postal mail at the following

address:

Re: Freedom of Information Act Request

345 N Springale Rd

Westminster MD 21158-4043

I appreciate your kind assistance (particularly as a person who has done
my own fair share of data searches for the FOIA folks in my agency!), and
look forward to your response.

Take care,

--

Lee Sheridan

lsherida@leebert.org


--
Lee Sheridan
lsherida@leebert.org

--
Lee Sheridan
lsherida@leebert.org

2016-02-01 11:48

Freedom of Information Act Request

**Subject:** Freedom of Information Act Request
**From:** "Internet, FOIA" <FOIA.Internet@opm.gov>
**Date:** 2015-12-08 12:01
**To:** Lee Sheridan <lsherida@leebert.org>

Your request has been received by the U.S. Office of Personnel Management (OPM) Freedom of Information Act (FOIA) Requester Service Center in Washington, DC. Your request will be forwarded to the appropriate OPM office for response as quickly as possible. If you have not visited the OPM — FOIA web page, we strongly encourage you to do so at http://www.opm.gov/efoia/ and review important information about the rules OPM follows in handling requests for records, such as: how to make a FOIA request; what fees may be charged; what records are available for public inspection; why some records are not released; and your right to appeal and then go to court if we refuse to release records.

Personnel and Medical Records for Current Federal Employees

The Official Personnel Folders (OPFs), including SF 50s, for current Federal employees are stored at the employee's current employing agency. Therefore, for copies of your personnel records, if you are currently employed by the Federal government, please contact your agency's Freedom of Information/Privacy office.

Personnel and Medical Records for Former Federal Employees

The Official Personnel Folders (OPFs), including SF 50s, for most former civilian Federal employees are stored at the address below. Please mail or fax a signed and dated written request with your social security number, date of birth, the name of the last agency of employment, and the last date of employment to:

National Personnel Records Center (NPRC)
1411 Boulder Boulevard
Valmeyer, IL 62295

Fax #: 618-935-3014. More information is available on their website at: http://www.archives.gov/ .

Information About a Federal Background Investigation
If you need information about a federal background investigation, we encourage you to visit the OPM Federal Investigative Services FOIA and Privacy Act page at http://www.opm.gov/investigations/requesting-investigation-copies/ for more information.

Thank you for contacting OPM's FOIA Requester Service Center.

Exhibit 6

OPM FOIA 2015-02551

**Subject:** OPM FOIA 2015-02551
**From:** "Adams-Akere, Shonda L" <Shonda.Adams-Akere@opm.gov>
**Date:** 2015-12-24 10:06
**To:** "lsherida@leebert.org" <lsherida@leebert.org>
**CC:** "Ford, Tiffany" <Tiffany.Ford@opm.gov>

Good morning:

Your FOIA coordinator, and the person to whom your request was assigned, is out of the office until Friday, January 1st.  I have copied Tiffany Ford on this response so she can provide an update to you once she returns to work on Monday, January 4th.

Enjoy your holiday season!

*Shonda L. Adams-Akere*
*Freedom of Information Act*
*Office of the Chief Information Officer*
*Telephone:  (202) 606-1585*
*E-mail:  Shonda.Adams-Akere@opm.gov*

2016-02-01 11:40

Exhibit 7



Received
office of
The General Counsel

2016 JAN -4  PM 3:43

345 N Springdale Road
Westminster, Maryland, 21158-4043
February 1, 2016

Re:  Freedom of Information Act Appeal – FOIA Request Number 2015-02551

U.S. Office of Personnel Management
Office of the General Counsel
1900 E Street, N.W.
Washington, D.C. 20415-1300

Dear General Counsel,

I am submitting this appeal, pursuant to 5 U.S.C. § 552(a)(6), subsequent to OPM's refusal to provide a timely records response for FOIA request number 2015-02551.  The original request and acknowledgment letter are attached.

To date, the only communication received from OPM has been an Acknowledgement letter indicating that my request was received and assigning a "FOIA request number", and a response to a status inquiry indicating that the person handling my request was on vacation.  OPM has not provided any determination as to its intention to release the requested records.  The Freedom of Information Act requires agencies to:

> (i) determine within twenty days (excepting Saturdays, Sundays, and legal public holidays) after the receipt of any such request whether to comply with such request and shall immediately notify the person making such request of such determination and the reasons therefor, and of the right of such person to appeal to the head of the agency any adverse determination. (5 U.S.C. § 552(a)(6)(A)(i))

My request was submitted on April 15, 2015.  The twenty business day statutory time limit for the response expired on May 13, 2015.  While my original request did not include a request for expedited processing, I was operating under a reasonable assumption that OPM would act with due diligence and respond to the request within the statutorily mandated timeframe.  The FOIA request in question relates to information technology, which as I am sure you are no doubt aware, changes at a blistering pace.  While 20 days is not an unreasonable timeframe for a response of this nature, a nine-month delay is unacceptable in fulfilling the open government intentions of the FOIA, particularly for such technological matters.

OPM has had ample time and opportunity to provide notice, particularly following the two e-mail status requests sent to OPM (attached) to attempt to compel a response.  To date, the only response from OPM to these status request e-mails was a note on December 24, 2015 that the "FOIA coordinator" for my request was on vacation and that they would be returning on January 4th, 2016.  No further follow-up has been received.  Indeed, there is no indication that OPM has even begun to process the records request.

OPM has not provided notice that an "unusual circumstance" exists that requires additional time to respond to the request as it would be permitted to do under 5 U.S.C. § 552(a)(6)(B)(i), nor has it provided "the date on which a determination is expected to be dispatched".  Additionally, OPM has not requested that I "reasonably

modify the scope of the request or arrange an alternative time frame for processing the request", which OPM would have been entitled to request in the case of a legitimate extraordinary circumstance as per 5 U.S.C. § 552(a)(6)(C).

Regardless of OPM's position on the matter, I have no reason to believe that any unusual circumstance might exist to confound OPM's timely response in this matter. Indeed, a response to this request should be fairly simple for myriad reasons. For example:

- The records requested are used in an operational production information system at OPM. Any production information system that meets even the most minimum information technology standards set forth for the federal government should have these records easily retrievable for multiple reasons. For example, in the event of a disaster, the requested records should be easily accessible to allow OPM to reconstitute the information system as a part of its continuity of operations procedures.
- The information system with the subject federal records is not an esoteric function of OPM. Rather, e-QIP is a major core service provided by OPM, and thus OPM's FOIA staff should have no trouble locating the custodians of the requested federal records.
- The request does not constitute a voluminous amount of records which would take significant time to locate and compile.
- None of the records should fall under a FOIA exemption, and thus no redaction should be necessary.
- The records should already be in an easily retrievable electronic format, requiring no manual effort for duplication.

In light of the failure of OPM to respond either to the original request or the subsequent status requests, I can only reasonably infer two possibilities: A lack of due diligence on the part of OPM or an intention to not respond to my request at all. Neither of these possibilities is consistent with the Freedom of Information Act, and constitutes a constructive denial of my request (Oglesby v. Dep't of Army, 920 F.2d 57 (DC Cir. 1990)).

This letter, therefore, is my appeal of the OPM's denial of my FOIA request, submitted as per the appeals process made available on OPM's website[1]. Also, as per the referenced process, I believe that this letter exhausts my administrative remedies with OPM, leaving only judicial remedies.

Pursuant to 5 U.S.C. § 552(a)(6)(A)(ii), I request and expect a response to this appeal within twenty working days.

Please do not hesitate to contact me if I can be of assistance in resolving this matter. You may reach me via telephone at +1 410 984 3873, or via e-mail at <lsherida@leebert.org>. Thank you for your kind attention and your diligence in helping to ensure a free and open government.

Sincerely,

Ronald L. ("Lee") Sheridan, Jr.

---

[1] https://www.opm.gov/information-management/freedom-of-information-act/#url=Appeals