**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| RONALD L. SHERIDAN, JR [Pro Se], ) <br> ) <br> Plaintiff ) <br> ) <br> vs. ) <br> ) <br> U.S. OFFICE OF PERSONNEL MANAGEMENT ) <br> ) <br> Defendant ) | CASE NO:  16-cv-805-KBJ |

### Consent Motion for Extension of Time to File Opposition to Summary Judgment and Cross-Motion for Summary Judgment and to Adjust Corresponding Deadlines

Plaintiff moves pursuant to Federal Rule of Civil Procedure 6(b)(1) for an enlargement of time of 15 days, to and including, October 31, 2016, to file his Opposition to Summary Judgment and Cross-Motion for Summary Judgment in this Freedom of Information Act ("FOIA") action, and also requests an adjustment of the remaining deadlines in the briefing schedule as set forth below.  As grounds for this motion, Plaintiff states as follows:

1. The FOIA request at issue seeks records related to the Office of Personnel Management's Electronic Questionnaire for Investigations Processing system.

2. Pursuant to the Court's order dated September 2, 2016, the following schedule applies to the filing of dispositive motions:

| | |
|---|---|
| Plaintiff's Opposition to Defendant's Motion and any Cross-Motion for Summary Judgment: | October 16, 2016 |
| Defendant's Reply in Support of Its Motion and Opposition to any Cross-Motion: | November 9, 2016 |
| Plaintiff's Reply in Support of any Cross-Motion: | December 9, 2016 |



3. Plaintiff requires additional time to prepare the Opposition to Summary Judgment and Cross-Motion for Summary Judgment. Primarily, this is due to Plaintiff's underestimation of the time required to prepare this response, as Plaintiff is *pro se* and has limited practical exposure to the litigation process with which to gauge the requisite effort. Plaintiff also did not expect the necessity of obtaining a declaration in support of his opposition and motion. Finally, Plaintiff found himself ill for two weekends in a row, which is particularly problematic as weekends are the primary time that Plaintiff has available to work on his case. Plaintiff is requesting an extension of approximately 15 days to October 31, 2016.

4. Plaintiff further requests a corresponding adjustment to the other deadlines in the schedule as follows:

| | |
|---|---|
| Defendant's Reply in Support of Its Motion and Opposition to any Cross-Motion: | December 1, 2016 |
| Plaintiff's Reply in Support of any Cross-Motion: | December 31, 2016 |

5. This is Plaintiff's first request for an extension with respect to his deadline to file his Opposition to Summary Judgment and Cross-Motion for Summary Judgment. There are no other court deadlines that will be impacted by the requested extension.

6. Pursuant to Rule 7(m) of the Rules of the United States District Court for the District of Columbia, Plaintiff, who is proceeding pro se, has conferred with counsel for the Defendant regarding the requested extension and Defendant's counsel concurs with the schedule proposed in this motion.

7. Pursuant to LCvR 7(c), a proposed order is attached.

Respectfully Submitted,

Ronald L. Sheridan, Jr.
345 N Springdale Rd.
Westminster, MD 21158-4043
410 984 3873
opm-foia-lawsuit@leebert.org

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

RONALD L. SHERIDAN, JR [Pro Se], )
)
    Plaintiff )  CASE NO: 16-cv-805-KBJ
)
vs. )
)
U.S. OFFICE OF PERSONNEL MANAGEMENT )
)
    Defendant )

### ORDER

Upon consideration of Plaintiff's Motion Consent Motion for Extension of Time to File Opposition to Summary Judgment and Cross-Motion for Summary Judgment and to Adjust Corresponding Deadlines, it is hereby:

    ORDERED that Plaintiff's Motion is GRANTED; and it is

    FURTHER ORDERED that the following schedule shall govern the briefing of dispositive motions:

| | |
|---|---|
| Defendant's Reply in Support of Its Motion and Opposition to any Cross-Motion: | December 1, 2016 |
| Plaintiff's Reply in Support of any Cross-Motion: | December 31, 2016 |

DATED: _____

_____
Judge

OCT 1 3 2016

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on this 12th day of September, 2016, I caused the foregoing to be served on the following counsel for the Defendant by depositing it in first-class mail, postage pre-paid, and addressed it as follows:

JEREMY S. SIMON
Assistant United States Attorney
Judiciary Center Building
555 Fourth Street, N.W.
Washington, D.C. 20530

Ronald L. Sheridan, Jr.
345 N Springdale Rd.
Westminster, MD 21158-4043
410 984 3873
opm-foia-lawsuit@leebert.org

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

RONALD L. SHERIDAN, JR [Pro Se],         )
                                          )
            Plaintiff                     )    CASE NO:  16-cv-805-KBJ
                                          )
    vs.                                   )
                                          )
U.S. OFFICE OF PERSONNEL MANAGEMENT       )
                                          )
            Defendant                     )

### Consent Motion for Extension of Time to File Opposition to Summary Judgment and Cross-Motion for Summary Judgment and to Adjust Corresponding Deadlines

Plaintiff moves pursuant to Federal Rule of Civil Procedure 6(b)(1) for an enlargement of time of 15 days, to and including, October 31, 2016, to file his Opposition to Summary Judgment and Cross-Motion for Summary Judgment in this Freedom of Information Act ("FOIA") action, and also requests an adjustment of the remaining deadlines in the briefing schedule as set forth below. As grounds for this motion, Plaintiff states as follows:

1. The FOIA request at issue seeks records related to the Office of Personnel Management's Electronic Questionnaire for Investigations Processing system.

2. Pursuant to the Court's order dated September 2, 2016, the following schedule applies to the filing of dispositive motions:

| | |
|---|---|
| Plaintiff's Opposition to Defendant's Motion and any Cross-Motion for Summary Judgment: | October 16, 2016 |
| Defendant's Reply in Support of Its Motion and Opposition to any Cross-Motion: | November 9, 2016 |
| Plaintiff's Reply in Support of any Cross-Motion: | December 9, 2016 |



3. Plaintiff requires additional time to prepare the Opposition to Summary Judgment and Cross-Motion for Summary Judgment. Primarily, this is due to Plaintiff's underestimation of the time required to prepare this response, as Plaintiff is *pro se* and has limited practical exposure to the litigation process with which to gauge the requisite effort. Plaintiff also did not expect the necessity of obtaining a declaration in support of his opposition and motion. Finally, Plaintiff found himself ill for two weekends in a row, which is particularly problematic as weekends are the primary time that Plaintiff has available to work on his case. Plaintiff is requesting an extension of approximately 15 days to October 31, 2016.

4. Plaintiff further requests a corresponding adjustment to the other deadlines in the schedule as follows:

| | |
|---|---|
| Defendant's Reply in Support of Its Motion and Opposition to any Cross-Motion: | December 1, 2016 |
| Plaintiff's Reply in Support of any Cross-Motion: | December 31, 2016 |

5. This is Plaintiff's first request for an extension with respect to his deadline to file his Opposition to Summary Judgment and Cross-Motion for Summary Judgment. There are no other court deadlines that will be impacted by the requested extension.

6. Pursuant to Rule 7(m) of the Rules of the United States District Court for the District of Columbia, Plaintiff, who is proceeding pro se, has conferred with counsel for the Defendant regarding the requested extension and Defendant's counsel concurs with the schedule proposed in this motion.

7. Pursuant to LCvR 7(c), a proposed order is attached.

Respectfully Submitted,

Ronald L. Sheridan, Jr.
345 N Springdale Rd.
Westminster, MD 21158-4043
410 984 3873
opm-foia-lawsuit@leebert.org

**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| RONALD L. SHERIDAN, JR [Pro Se], ) <br> ) <br> Plaintiff ) CASE NO: 16-cv-805-KBJ <br> ) <br> vs. ) <br> ) <br> U.S. OFFICE OF PERSONNEL MANAGEMENT ) <br> ) <br> Defendant ) | |

### ORDER

Upon consideration of Plaintiff's Motion Consent Motion for Extension of Time to File Opposition to Summary Judgment and Cross-Motion for Summary Judgment and to Adjust Corresponding Deadlines, it is hereby:

ORDERED that Plaintiff's Motion is GRANTED; and it is

FURTHER ORDERED that the following schedule shall govern the briefing of dispositive motions:

| | |
|---|---|
| Defendant's Reply in Support of Its Motion and Opposition to any Cross-Motion: | December 1, 2016 |
| Plaintiff's Reply in Support of any Cross-Motion: | December 31, 2016 |

DATED: _____

_____
Judge



**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on this 12th day of September, 2016, I caused the foregoing to be served on the following counsel for the Defendant by depositing it in first-class mail, postage pre-paid, and addressed it as follows:

JEREMY S. SIMON
Assistant United States Attorney
Judiciary Center Building
555 Fourth Street, N.W.
Washington, D.C. 20530

Ronald L. Sheridan, Jr.
345 N Springdale Rd.
Westminster, MD 21158-4043
410 984 3873
opm-foia-lawsuit@leebert.org