UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **RONALD L. SHERIDAN, JR.**<br><br>Plaintiff,<br>v.<br><br>U.S. OFFICE OF PERSONNEL MANAGEMENT,<br><br>Defendant. | )<br>)<br>)<br>) Case No: 16-805 (KBJ)<br>)<br>)<br>)<br>) |

**CONSENT MOTION FOR EXTENSION OF TIME TO
FILE REPLY IN SUPPORT OF MOTION FOR SUMMARY JUDGMENT AND
OPPOSITION TO CROSS MOTION AND TO ADJUST CORRESPONDING
DEADLINES**

Defendant, by and through undersigned counsel, moves pursuant to Federal Rule of Civil Procedure 6(b)(1) for an enlargement of time of two weeks, to, and including, December 15 2016, to file its reply in support of its motion for summary judgment and to file its opposition to Plaintiff's cross-motion for summary judgment.  Defendant also requests an adjustment to Plaintiff's reply deadline, which is the final deadline in the briefing schedule.  As grounds for this motion, Defendant states as follows.

1. The FOIA request at issue seeks source code for the Office of Personnel Management's electronic questionnaire for investigations processing ("e-Qip"), as well as certain design and operations documentation for e-Qip.  (Compl. ¶ 9)

2. Pursuant to the Court's order dated October 25, 2016, Defendant's combined reply and opposition is due December 1, 2016 and Plaintiff's reply is due December 31, 2016.

3.	Undersigned counsel requires additional time to prepare Defendant's combined opposition and reply as a result of commitments in other matters, including a summary judgment reply deadline of November 29, 2016 in *Animal Legal Defense Fund v. Vilsack,* Case No. 16-914, and a motion to dismiss reply deadline of December 1, 2016 in *Briscoe v. United States,* Case No. 16-809.   The requested extension also takes into account scheduling issues during the requested extension period, including oral argument in the Court of Appeals in *Coleman v. Johnson,* Case No. 15-5258 on December 8, 2016.

4.	Defendant further requests a corresponding adjustment to Plaintiff's reply deadline to January 17, 2017.

5.	This is the first request for extension made by Defendant with respect to this deadline and second request for extension made by Defendant with respect to the summary judgment briefing schedule.   There are no other court deadlines that will be impacted by the requested extension.

6.	Pursuant to Rule 7(m) of the Rules of the United States District Court for the District of Columbia, the undersigned counsel has conferred with Plaintiff, who is proceeding *pro se*, regarding the requested extension and Plaintiff has stated that Plaintiff concurs with the schedule proposed in this motion.

7.	A proposed order is attached.

                Respectfully submitted,

                CHANNING D. PHILLIPS
                D.C. BAR # 415793
                United States Attorney

                DANIEL F. VAN HORN
                D.C. BAR # 924092

Civil Chief

By: _____/s/_____
JEREMY S. SIMON, D.C. BAR #447956
Assistant United States Attorney
555 4th Street, N.W.
Washington, D.C. 20530
(202) 252-2528
Jeremy.simon@usdoj.gov

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on this 29th day of November, 2016, I caused the foregoing to be served by depositing it in first-class mail, postage pre-paid, and addressed as follows:

RONALD L. SHERIDAN, JR.
345 North Springdale Road
Westminster, MD 21158-4043

/s/ *Jeremy S. Simon*
JEREMY S. SIMON
Assistant United States Attorney
Judiciary Center Building
555 Fourth Street, N.W.
Washington, D.C.   20530
(202) 252-2528