UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| RONALD L. SHERIDAN, JR., ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> U.S. OFFICE OF PERSONNEL ) <br> MANAGEMENT, ) <br> ) <br> Defendant. ) <br> ) | Case No. 16-cv-805 (KBJ) |

## ORDER

For the reasons stated in the accompanying Memorandum Opinion, it is hereby

**ORDERED** that Defendant's Motion for Summary Judgment (ECF No. 8) is **GRANTED** and Plaintiff's Cross-Motion for Summary Judgment (ECF No. 11) is **DENIED**.

This is a final, appealable order.

DATE: September 29, 2017

*Ketanji Brown Jackson*
KETANJI BROWN JACKSON
United States District Judge